07-10178 - TOLAND ENTERPRISES, LLC

Claim 000013, Payment 0.77%
Acct. 7500    Claim 000013, Payment 0.77%

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

**BANK OF AMERICA, N.A.**

CHECK NUMBER
**1017**

32-1/1110 TX 0

DATE: 03/30/11

AMOUNT: *********107.33

**1906878**
PAY TO THE ORDER OF

United States Bankruptcy Court
500 Poydras Street B-601
New Orleans, LA 70130

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-10178 | A | Debtor: TOLAND ENTERPRISES, LLC |

*One Hundred Seven Dollars And 33/100*

*Barbara Rivera-Fulton*
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑊⑊001017⑊⑊ ⑊111000012⑊: 4437860194⑊⑊

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228388    — KW
* * C O P Y * *
March 31, 2011
12:44:20

TREASURY REGFUND
07-10178
Debtor.: TOLAND ENTERPRISES, LLC
Trustee: Barbara Rivera-Fulton
Amount.:    $107.33 CH
Check#.: 1017

Rec'd 3/31/2011
Deposited to 6047BK

Due
Weyerhaeuser

Total-> $107.33

FROM: RIVERA FULTON

**Barbara Rivera-Fulton**
Chapter 7 Trustee
(504) 861-9200

P.O. Box 19980
New Orleans, Louisiana 70179

March 30, 2011

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

RE:   TOLAND ENTERPRISES, LLC, USBC No. 07-10178 A

Dear Clerk:

Enclosed please find a check payable to the U. S. Bankruptcy Court for $107.33 drawn on the account for the above bankruptcy estate. It was a payment sent to creditor Weyerhaeuser, Claim No. 13, Acct. No. 7500. The creditor closed its post office box, did not leave a forwarding address and as a result the check was returned.

Accordingly, I ask that you please deposit the funds in the registry of the court as per 11 U.S.C. §347(a).

Very truly yours,

*Barbara Rivera-Fulton*

**Barbara Rivera-Fulton**
**Chapter 7 Trustee**

enclosure