TOLAND ENTERPRISES, LLC

Claim 000011, Payment 0.77%
Acct.142-506132

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

07-10178

**BANK OF AMERICA, N.A.**   CHECK NUMBER

32-1/1110 TX
0

**1018**

DATE     AMOUNT

04/13/11   ***********8.52

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-10178 | A | Debtor: TOLAND ENTERPRISES, LLC |

**1906907**

PAY TO THE ORDER OF

United States Bankruptcy Court
Clerk of Court B-601
500 Poydras St.
New Orleans, LA 70130

*Eight Dollars And 52/100*

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

:0000121: 4437860194

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

#  228464    - KW
* * C O P Y * *
April 20, 2011
16:06:30

UNC.UNDER$25
07-10178
Debtor.: TOLAND ENTERPRISES, LLC
Trustee: Barbara Rivera-Fulton
Amount.:              $8.52 CH
Check#.: 1018
```

4/20/11
Deposit to 106000
Treasury Account.
cl.

Due: Waste Management, RMC

Total-> $8.52

FROM: RIVERA FULTON